ACCEPTED
06-18-00044-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
3/28/2018 4:14 PM
DEBBIE AUTREY
CLERK

| | |
|---|---|
| **Appellate Docket Number:** | 06-18-00044-CR |
| **Appellate Case Style:** | Shawn Michael Willard |
| **Vs.** | State of Texas |

**Companion Case(s):** N/A

Amended/Corrected Statement

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
3/28/2018 4:14:16 PM
DEBBIE AUTREY
Clerk

# DOCKETING STATEMENT (Criminal)

Appellate Court: Select 6th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

## I. Appellant

Name: Shawn Michael Willard

Appellant Incarcerated? (X) Yes    No

Bond Amount: None

Pro Se    No

*If Pro Se Party, enter the following information:*

Address:

City/State/Zip:

Tel.          Ext.          Fax:

Email:

## III. Appellee

Name: State of Texas

Appellee Incarcerated?    Yes    No

Bond Amount:    N/A

Pro Se

*If Pro Se Party, enter the following information:*

Address:

City/State/Zip:

Tel.          Ext.          Fax:

Email:

## II. Appellant Attorney(s)

Lead Attorney    SelectAppointed ∨

Name: Jeff T. Jackson

Bar No. 24069976

Firm/Agency:

Address 1: 116 N. Kilgore St.

Address 2:

City/State/Zip: Kilgore, TX 75662

Tel. 903-654-3362    Ext.

Fax: 817-887-4333

Email: Jeff.T.Jackson.Law@gmail.com

Lead Attorney    Select ∨

Name:

Bar No.

Firm/Agency:

Address 1:

Address 2:

City/State/Zip:

Tel.          Ext.

Fax:

Email:

## IV. Appellee Attorney(s)

Lead Attorney    Select ∨

Name: John J. Roberts

Bar No. 24070512

Firm/Agency: Gregg Co. DA's Office

Address 1: 101 Methvin

Address 2: Ste. 333

City/State/Zip: Longview, TX 75601

Tel. 903-236-8440    Ext.

Fax: 903-237-2549

Email: john.roberts@co.gregg.tx.us

Lead Attorney    Select ∨

Name:

Bar No.

Firm/Agency:

Address 1:

Address 2:

City/State/Zip:

Tel.          Ext.

Fax:

Email:

## V. Perfection of Appeal, Judgment and Sentencing

Nature of Case (Subject Matter or Type of Case):

Select   Sex Offenses ⌄

Type of Judgment:

Select   Bench Trial ⌄

Date Trial Court imposed or suspended sentence in open court or date Trial Court entered appealable order:

10/23/2017

Offense Charged:

Agg Sexual Assault

Date of Offense:  2/16/2013

Defendant's Plea: Select Guilty ⌄

If guilty, does defendant have the Trial Court's Certificate to Appeal? (X) Yes    No

Was the Trial by:    Jury  (X)Non-Jury

Date Notice of Appeal filed in Trial Court:

11/14/2017

If mailed to the Trial Court clerk, also give the date mailed:

Punishment Assessed:

Life

Is the Appeal from the pre-trial order?    Yes    No

Does the Appeal involve the constitutionality or the validity of a statute, rule or ordinance?

Yes  (X)No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial:              Yes (X)No  If yes, date filed:

Motion in Arrest of Judgment:      Yes (X)No  If yes, date filed:

Other:                             Yes (X)No  If yes, date filed:

If Other, please specify:

## VII. Indigency of Party (Attach file stamped copy of Motion and Affidavit)

Motion and Affidavit filed:      Yes (X) No      N/A      If yes, date filed:

Date of Hearing:                                  N/A

Date of Order:                                    N/A

Ruling on Motion:      Granted      Denied      N/A      If granted or denied, date of ruling:

## VIII. Trial Court and Record

Court: 124th District Court

County: Gregg

Trial Court Docket No. (Cause No.):
  42,341-B

Trial Court Judge (who tried or disposed of the case):

Name: Hon. Alfonso Charles

Address 1: 101 Methvin

Address 2: Ste. 441

City/State/Zip: Longview, TX 75601

Tel. 903-236-1764          Ext.

Fax: 903-236-0747

Email: terri.shepherd@co.gregg.tx.us

### Clerk's Record

Trial Court Clerk:     District     County

Was Clerk's record requested?: (X) Yes     No

If yes, date requested:     3/23/2018

If no, date it will be requested:

Were payment arrangements made with clerk?
  Yes     No  (X) Indigent

### Reporter's or Recorder's Record

Is there a Reporter's Record? (X) Yes     No

Was Reporter's Record requested?: (X) Yes     No

If yes, date requested: 3/27/2018

If no, date it will be requested:

Was the Reporter's Record electornically recorded? (X)Yes     No

Were payment arrangements made with the court reporter/court recorder?     Yes     No (X) Indigent

---

X Court Reporter     ☐ Court Recorder
☐ Official     ☐ Substitute

Name: Tina Campbell

Address 1:101 Methvin

Address 2: Ste. 447

City/State/Zip: Longview, TX 75601

Tel. 903-236-1764          Ext.

Fax: 903-657-0747

Email: tina.campbell@co.gregg.tx.us

Court Reporter     Court Recorder
Official     Substitute

Name:

Address 1:

Address 2:

City/State/Zip:

Tel.          Ext.

Fax:

Email:

## IX. Related Matters

List any pending or past related appeals before this, or any other Texas Appellate Court, by Court, Docket, and Style.

Court: Select Appellate Court ⌄     Docket:

Style:     N/A

Vs.

Court: Select Appellate Court ⌄     Docket:

Style:

Vs.

Court: Select Appellate Court ⌄     Docket:

Style:

Vs.

Court: Select Appellate Court ⌄     Docket:

Style:

Vs.

Court: Select Appellate Court ⌄     Docket:

Style:

Vs.

Court: Select Appellate Court ⌄     Docket:

Style:

Vs.

## X. Signature

| | |
|---|---|
| *(signature)* | 3/27/2018 |
| Signature of counsel (or Pro Se Party) | Date |
| Jeff T. Jackson | 24069976 |
| Printed Name | State Bar No. |
| *(electronic signature)* | |
| Electronic Signature (Optional) | Name |

## XI. Certificate of Service

The undersigned counsel certifies that this Docketing Statement has been served on the following lead counsel for all parties to the Trial Court's Order or Judgment as follows:

| | |
|---|---|
| *(signature)* | /s/ Y_____ |
| Signature of counsel (or Pro Se Party) | Electronic Signature (Optional) |
| 24069976 | |
| State Bar No. | |

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

    (1) the date and manner of service;

    (2) the name and address of each person served, and

    (3) if the person served is a party's attorney, the name of the party represented by the attorney.

Date Served: 3/28/2018

Manner Served: Select    E-Service    ∨

Name:  John J. Roberts

Bar No.    24070512

Firm/Agency:  Gregg Co. DA's Office

Address 1:  101 Methvin

Address 2:    Ste. 333

City/State/Zip:  Longview, TX 75601

Tel. 903-236-8440                    Ext.

Fax:    903-237-2945

Email:  john.roberts@co.gregg.tx.us

Date Served:

Manner Served: Select                    ∨

Name:

Bar No.

Firm/Agency:

Address 1:

Address 2:

City/State/Zip:

Tel.                                Ext.

Fax:

Email: